COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Predator Downhole Inc. and Nancy Vermeulen v. Flotek
                         Industries, Inc.

Appellate case number:   01-15-00846-CV

Trial court case number: 2013-64649

Trial court:             157th District Court of Harris County

Pursuant to our January 26, 2016 abatement order, the trial court has filed a supplemental clerk's record which states that exhibits were sealed in the trial court because they contain trade secrets consistent with the Texas Uniform Trade Secret Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 134A.002(6), 134A.006 (West Supp. 2015). We therefore grant appellant's motion to seal appendix exhibits 1-15, G, I, and J under seal. We further REINSTATE this case on the Court's active docket.

It is so ORDERED.

Judge's signature:       /s/ Chief Justice Sherry Radack
                         ☒  Acting individually

Date: April 5, 2016